83, 605-01,02

I received the card saying the Application for writ of habeas Corpus has been dismissed without written order" What do you all mean

I don't understand"

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 17 2015
Abel Acosta, Clerk